IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISON

| | | |
|---|---|---|
| ADRIAN JONES, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:23-cv-0065 |
| | § | JURY |
| | § | |
| CITY OF LA MARQUE, OFFICER | § | |
| SANTOS AND CHIEF JACKSON, | § | |
| | § | |
| **Defendants.** | § | |

## THE CITY OF LA MARQUE'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Please take notice that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the above-styled action is hereby removed by Defendant, the City of La Marque[1], from the 122nd Judicial District of Galveston County, Texas to the United States District Court for the Southern District of Texas, Galveston Division. Defendant, by and through its undersigned attorneys, respectfully state the following as grounds for removal of this action:

1.     Plaintiff filed his Original Petition in the 122nd Judicial District Court, Galveston County, Texas, Cause No. 22-CV-2219 on November 21, 2022. The City was not served with the Petition until it was served, by certified mail, on February 15, 2023. Thus, Defendant is filing this notice within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

2.     Venue is proper in this District under 28 U.S.C. § 1441, because this District and Division embrace the place in which the removed action has been pending.

3.     Defendant is promptly filing a copy of the Original Notice of Removal with the

---

[1] The City of La Marque is the only Defendant that has been served. However, the two un-served Defendants, Jose Santos and Kirk Jackson, consent to this Removal.

1

clerk of the 122nd Judicial District Court, Galveston County, Texas. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of the filing of this Notice to all adverse parties.

4.      This Court has original subject matter jurisdiction over this civil action under 28 U.S.C. § 1331 and § 1441 because a federal question is raised.  Specifically, Plaintiff seeks relief under the Fourth and Fourteenth Amendments of the United States Constitution through 42 U.S.C. § 1983. [Plaintiff's Original Petition, p. 9, para. 35].

5.      By virtue of this Notice, Defendant does not waive its right to assert any claims or other motions, including Rule 12 motions, permitted by the Federal Rules of Civil Procedure.

6.      Pursuant to Local Rule CV-81, this Notice is accompanied by copies of the following:

- All executed process in the case;
- Pleadings asserting causes of action;
- All orders signed by the state judge;
- The docket sheet;
- An index of matters being filed [Exhibit 1];
- A list of all counsel of record, including addresses, telephone numbers and parties represented [Exhibit 2]; and,
- The Galveston Division Rules of Practice [Exhibit 3]; and,
- Proposed Order for Conference and Disclosure of Interested Parties [Exhibit 4].

7.      Defendant's removal was not effectuated more than one year after commencement of the state court action.

WHEREFORE, the City of La Marque requests that the action now pending against it in the 122ns District Court of Galveston County, Texas, be removed to the United States District Court for the Southern District of Texas, Galveston Division and further requests that this Court assume jurisdiction over the cause herein as provided by law.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Steven D. Selbe*

**Steven D. Selbe**
Federal Bar No. 18003
State Bar No. 18004600
sselbe@grsm.com
1900 West Loop South, Suite 1000
Houston, Texas 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

**Katelynn Duane Armijo**
Federal Bar No. 3780504
State Bar No. 24116040
kdarmijo@grsm.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2023, a true and correct copy of the foregoing instrument has been electronically served on all parties and/or their counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

*/s/ Steven D. Selbe*
STEVEN D. SELBE

3